IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-85 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| MASON MEYERS, *et al.*, | : | |
| Defendants. | : | |

## ENDS OF JUSTICE ORDER

The Court, in continuation and ratification of the previous Order Designating Case Complex on April 7, 2022, rules as follows. Due to the nature of the prosecution, the volume of discovery, and the number of defendants, the Court finds that this case is complex, such that it is unreasonable to expect it to proceed under the time limitations set forth under the Speedy Trial Act. The Court **FINDS** that the ends of justice served outweigh the best interest of the public and the defendants in a speedy trial and declares this matter to be complex pursuant to 18 U.S.C. § 3161(h)(7(A), (B)(ii). As such, the Court **FINDS** the period of time from September 12, 2022 to December 12, 2022—the date of the next telephonic status conference—shall be excluded from the calculation of time under the Speedy Trial Act.

Additionally, on September 12, 2022, counsel for Kelly Smart requested a continuance of this matter to allow all parties additional time to review discovery and engage in plea negotiations. Counsel for the remaining Defendants on the call concurred

2

in the request. Counsel for the Government had no objections. Therefore, this matter is **CONTINUED** and **SET** a telephonic status conference for December 12, 2022 at 4:00 PM.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND